**Dismissed and Opinion Filed January 2, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01018-CV

**FEBLINE DEMING, Appellant**
**V.**
**YOLANDA BARBOSA, ET AL., Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-02731**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

The clerk's record in this case is past due. By postcard dated September 16, 2014, we notified appellant the clerk's record was past due. On September 19, 2014, we received notification from the Dallas County District Clerk that the clerk's record had been prepared but was being held for non-payment. By letter dated September 19, 2014, we informed the appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation that she had been found entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not provided this Court with the clerk's

record, any required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 37.3(b), 42.3(b), (c).

141018F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

FEBLINE DEMING, Appellant

No. 05-14-01018-CV     V.

YOLANDA BARBOSA, ET AL., Appellees

On Appeal from the 162nd Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-13-02731.
Opinion delivered by Chief Justice Wright. Justices Lang-Miers and Stoddart participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees YOLANDA BARBOSA, ABRAHAM BARBOSA, AURORA ALVARADO, FERMIN REYES, ANABEL ALVAREZ REYES, and ELIBERTO GONZALEZ recover their costs of this appeal from appellant FEBLINE DEMING.

Judgment entered January 2, 2015.

–3–